# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEAN A. DASCENZO, | ) | CASE NO. 1:24-CV-1238 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| RAWLINGS COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, this action is dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

**Date:  September 16, 2025**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1